UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>RICKY WICKAM, an individual; COLLEEN LATIMER and JOHN DOE LATIMER, individually and the marital community comprised thereof; UNITED SERVICES AUTOMOBILE ASSOCIATION, a foreign insurance company; THEIMER LOGISTICS, INC., a Washington corporation,<br><br>Defendants. | CASE NO. 2:23-cv-00069-JHC<br><br>ORDER |

Before the Court is Defendant Wickam's Motion to Dismiss or Remand and Consolidate. Dkt. # 10.  The motion is unopposed.  Because the motion appears meritorious, the Court GRANTS it and DISMISSES this matter without prejudice.

Dated this 17th day of March, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1